# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HINTON,<br><br>    Petitioner,<br><br> v.<br><br>B. BIRKHOLZ,<br><br>    Respondent. | Case No. 2:22-cv-09387-ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The Notice of Filing Report and Recommendation and Report and Recommendation were returned with the notation "Return to Sender" and "Unable to Forward. The Report and Recommendation was re-served on Petitioner at his new address pursuant to the BOP Inmate Locater. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing the action without prejudice.

DATED: July 11, 2023

                     _____
                      OTIS D. WRIGHT, II
                     UNITED STATES DISTRICT JUDGE