JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HINTON,<br><br>        Petitioner,<br><br>  v.<br><br>B. BIRKHOLZ,<br><br>        Respondent. | Case No. 2:22-cv-09387-ODW (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of RANDALL HINTON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 11, 2023

                                                OTIS D. WRIGHT, II
                                     UNITED STATES DISTRICT JUDGE